United States District Court
Southern District of Texas
ENTERED
September 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INNA EREMEEVA, "Petitioner," | § § § | |
| v. | § § | Civil Action No. 1:26-cv-00120 |
| KRISTI NOEM, *et al.* "Respondents," | § § § | |

# ORDER

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241" (Dkt. No. 1) ("Petition"), Respondents' "Response to the Petition for Writ of Habeas Corpus and Motion for Summary Judgment" (Dkt. No. 8) ("MSJ"), "Petitioner's Motion to Submit Supplemental Authority in Further Support of Her Petition for Writ of Habeas Corpus" (Dkt. No. 10) ("Motion to Submit Supplemental Authority"), the Magistrate Judge's "Report and Recommendation to Deny Petitioner's Habeas Petition" (Dkt. No. 11) ("Report & Recommendation"), and Petitioner's "Objection to Report and Recommendation" (Dkt. No. 12) ("Objections").

After a *de novo* review of the file, the Report & Recommendation (Dkt. No. 11) is **ADOPTED**. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that the Respondents' MSJ (Dkt. No. 8) is **GRANTED**. Petitioner's Petition (Dkt. No. 1) is **DENIED**, and Petitioner's Motion to Submit Supplemental Authority (Dkt. No. 10) is **DENIED** as moot. The Clerk of Court is **ORDERED** to close the case.

SIGNED this September 28, 2026

Rolando Olvera
United States District Judge